DARREL K. YASUTAKE (SB #142927)
HUBERT & YASUTAKE
A Professional Corporation
1320 Willow Pass Road, Suite 590
Concord, California 94520
Telephone: (925) 680-4266
Facsimile: (925) 680-4259

Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE COMPANY

Michael W. Bolekowski, Esq.
WILSON, ELSER & MOSKOWITZ,
EDELMAN & DECKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone: (415)433-0990
Facsimile: (415)434-1370

Attorneys for Defendant
LEVITON MANUFACTURING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>vs.<br><br>LEVITON MANUFACTURING COMPANY and DOES 1 to 25, inclusive,<br><br>　　Defendants. | Case No. CV 05-03551 CRB<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including all claims and counterclaims, be and hereby is

1
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

dismissed with prejudice pursuant to *Federal Rules of Civil Procedure,* Rule 41(a)(1) and the agreement of the parties.

Respectfully Submitted,

Dated: January 17, 2008          HUBERT & YASUTAKE

*/s/ Darrel K. Yasutake*
DARREL K. YASUTAKE (Bar No. 142927)
HUBERT & YASUTAKE
1320 Willow Pass Road, Suite 590
Concord, California 94520
Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE CO.

Dated: January 22, 2008          WILSON, ELSER & MOSKOWITZ,
                                 EDELMAN & DECKER LLP

*/s/ Michael W. Bolekowski*
Michael W. Bolekowski, Esq.
WILSON, ELSER & MOSKOWITZ,
EDELMAN & DECKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105

Attorneys for Defendant
LEVITON MANUFACTURING COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 28, 2008

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA